# CALHOUN & LAWRENCE, LLP
### ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**

REBECCA R. BROWN**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900

FAX (914) 946-5906

**BY ECF**
Honorable Philip M. Halpern
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> Application granted.
>
> SO ORDERED.
>
> /s/ Philip M. Halpern
> Philip M. Halpern
> United States District Judge
>
> Dated: New York, New York
> June 26, 2020

Re: **United States v. Darren Parker**
    **20 Cr. 224 (PMH)**

Dear Judge Halpern:

I am the attorney for Darren Parker, a defendant in the above-referenced matter, appointed pursuant to the Criminal Justice Act. I write requesting that the Court appoint my associate, Rebecca Brown, to be compensated for work as early as today, June 25, 2020, and to continue assisting me in this case, including reviewing the discovery that the Government has produced, engaging in legal research and drafting motions, if necessary, along with meeting with the defendant.

I am seeking authorization for Ms. Brown to work up to 50 hours on this matter. If approved, Ms. Brown will work under my direction and will abide by the conditions of the protective order. At the conclusion of this case, she will submit a voucher subject to Court approval. I am asking that Ms. Brown be approved at a rate of $110/hour, which is a rate typical for associates with her level of experience.

If the foregoing meets with the Court's approval, then I respectfully request that Your Honor "So Order" this letter.

Thank you for your consideration in this matter.

Respectfully submitted,

/s/ Kerry A. Lawrence
Kerry A. Lawrence

KAL/kvm