UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

DARREN PARKER

Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-CR-224 (PMH)

Defendant <u>DARREN PARKER</u> hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_  Bail/Detention Hearing

___  Conference Before a Judicial Officer


*Darren Parker / AEK (with permission)*  *Kerry A. Lawrence*
Defendant's Signature                     Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Darren Parker                             Kerry A. Lawrence
Print Defendant's Name                    Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

12/29/2020
Date

*Andrew Krause*
~~U.S. District Judge~~/U.S. Magistrate Judge