UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA

        -against-

DARREN PARKER,

                          Defendant.
-------------------------------------------------------------x

**SCHEDULING ORDER**

20 Cr. 224 (PMH) (AEK)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       Defendant seeks review of this Court's December 29, 2020 denial of Defendant's bail application "based on changed circumstances." ECF No. 49. Earlier today, counsel for Defendant notified the Court that the Honorable Philip M. Halpern has asked the undersigned to hear argument on this bail application; counsel for Defendant also has advised that Defendant waives his right to appear at this proceeding either in person or remotely. Accordingly, a telephonic hearing before Magistrate Judge Krause on this renewed bail application is hereby scheduled for **Friday, January 29, 2021 at 12:00 p.m.**

       To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest. Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

       If counsel for Defendant wishes to submit any supplemental written materials in support of this application, he is directed to file such materials on ECF, and e-mail a courtesy copy to KrauseNYSDChambers@nysd.uscourts.gov, by Wednesday, January 27, 2021. Counsel for the Government is directed to file a short written statement of the Government's position on ECF,

and e-mail a courtesy copy to KrauseNYSDChambers@nysd.uscourts.gov, by Thursday, January 28, 2021.

Dated: January 26, 2021
      White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge