# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

___

TEL 212-966-5612
FAX 646-651-4559

jim@jamesneuman.com

Hon. Philip M. Halpern
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application for an adjournment granted. Defendant Darren Parker's sentencing is adjourned to June 24, 2021 at 11:00 a.m. to be held in Courtroom 520. The Clerk of Court is respectfully requested to terminate the pending letter-motion (Doc. 68).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> April 6, 2021

Re: *United States v Parker,* 20 Cr. 224 (PMH)

Your Honor:

  On March 29, 2021, this Court appointed me to represent Darrin Parker, whose sentencing is currently scheduled for April 20, 2021. Following my appointment, I immediately arranged a video-call with Mr. Parker, who is housed at Westchester County Jail in Valhalla, New York. Mr. Parker informed me that he wanted to confer with me personally and discuss, *inter alia*, potential arguments that could be made on his behalf. Accordingly, and in view of the need to review materials needed to present a sentencing memorandum, we ask that the sentencing be postponed for approximately 60 days. The government consents to this request.

              Respectfully submitted,

                 /s/
              James E. Neuman