UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

v.

DARREN PARKER,

Defendant.
-------------------------------------------------------X

**ORDER**

20-CR-224 (PMH)

On November 10, 2020, the Court scheduled defendant to be sentenced on March 11, 2021. On February 4, 2021, the Court rescheduled sentencing to April 20, 2021 at defendant's request. Defendant was appointed new counsel on March 29, 2021, and on April 5, 2021, new counsel requested the sentencing be adjourned, which the Court granted.

Defendant's sentencing has been scheduled for June 24, 2021 at 11:00 a.m. The Court requires the parties' submissions be filed in advance of sentencing. Accordingly, any written submissions by defendant shall be filed by June 11, 2021, and the government's response thereto shall be filed by June 18, 2021.

SO-ORDERED:

Dated: White Plains, New York
       June 1, 2021

_____
Philip M. Halpern
United States District Judge