# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

———

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

Hon. Philip M. Halpern
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application granted. Defendant's sentencing has been adjourned to October 21, 2021 at 2:30 p.m. in a courtroom to be determined. Any written submissions by defendant shall be filed by October 7, 2021, and the government's response shall be filed by October 14, 2021.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> June 9, 2021

Re: *United States v Parker,* 20 Cr. 224 (PMH)

Your Honor:

      I represent Darrin Parker in the referenced case and write to request that the sentencing, currently scheduled for June 24, 2021, be postponed approximately 60 days. The primary reason for this request is that, when I visited Mr. Parker at the Westchester County Jail this week, he raised numerous issues that he wished me to research and investigate prior to filing any sentencing memorandum. I have conferred with AUSA Shiva Logarajah and he informed me that the government consents to this application.

Respectfully submitted,

/s/
James E. Neuman