UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
  UNITED STATES OF AMERICA,

                                      **ORDER**

  v.

                                      20-CR-00224 (PMH)

  DARREN PARKER,

                      Defendant.
-----------------------------------------------------------X
PHILIP M. HALPERN, United States District Judge:

       On December 22, 2021, Defendant Darren Parker filed a *pro se* motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). To date, no response from the Government has been received.

       Accordingly, should the Government be so advised, it shall file a response to Defendant's motion by February 7, 2022. Defendant may thereafter file a reply within thirty days from the date he is served with the Government's response, if any.

       The Government is directed to mail a copy of this Order to Defendant and file proof of such service.

                                                      **SO ORDERED:**

Dated: White Plains, New York
         January 26, 2022

                                                      _____
                                                      Philip M. Halpern
                                                      United States District Judge