UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARREN PARKER,<br><br>                              Movant,<br><br>          -against-<br><br>UNITED STATES OF AMERICA,<br><br>                              Respondent. | ORDER<br><br>21-CV-9558-PMH<br><br>20-CR-224-PMH-2 |

PHILIP M. HALPERN, United States District Judge:

On September 8, 2025, Darren Parker filed a filed a *pro se* motion for relief from judgment under Federal Rule of Civil Procedure 60(b). (Doc. 28). On September 12, 2025, the Court directed the Government to file its opposition to Parker's motion by September 26, 2025. (Doc. 29). No opposition has been received to date.

Accordingly, the Court *sua sponte* extends the time for the Government to file its opposition to **October 31, 2025**. Parker's reply, if any, shall be filed by **November 14, 2025**.

The Clerk of Court is respectfully requested to docket this Order on both the civil and criminal dockets noted in the caption.

                                        **SO ORDERED:**

Dated: White Plains, New York
       October 15, 2025

                                        _____
                                        Philip M. Halpern
                                        United States District Judge